■ In the Matter of the Arbitration Between LIBERTY MUTUAL INSURANCE COMPANY, Appellant, and MIA KADAH, Respondent. (Appeal No. 2.) [53 NYS3d 585]—Appeal from an order of the Supreme Court, Onondaga County (Walter W. Hafner, Jr., A.J.), entered June 8, 2016. The order denied the motion of petitioner for leave to renew or reargue.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Matter of Liberty Mutual Ins. Co. (Kadah)* ([appeal No. 1] 151 AD3d 1594 [2017]). Present—Whalen, P.J., Lindley, DeJoseph, NeMoyer and Curran, JJ.